**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:23-cv-00035-BRW-JJV

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Andrew Thomas Potter
ADC # _____

Address: 106 S. main st. Monticello, AR 71655

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: MS. Susan Potts

Position: Jail Administrator

Place of employment: Drew County Jail facility

Address: 106 S. main st.

Name of defendant: MS. Barbra Parnell

Position: Jailor/maintance

-4-

This case assigned to District Judge **Wilson**
and to Magistrate Judge **Volpe**

Place of employment: Drew County Detention facility

Address: 106 S. main

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV. Place of present confinement: <u>Drew County Detention facility</u>

_____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

\_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes ✓   No ___ Drew County does not have a grievance Procedure But i have wrote a request about the problem and i have not heard anything about the Situation.

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? As best i could because as i have truthfully stated their is No grievance procedure here.

Yes ____   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I am filing a complaint on Drew County Jail facility of a direct violation of my 8th and 14th admendment Rights. On Dec-13th i was moved from A-3 around 6:00pm to C-2 to be lock down for disciplinary action. Today is the 15th of Dec. around 4:30 on Dec-13th when i was put into C-2, I noticed i had no running water. I could not brush my teeth, wash my face, nor drink any water, and on top of that i could not wash my hands after i use the bathroom. I have been asking for water for tha past 3 or 4 days. So far i haven't ~~showed~~ showered since the 12th of december. I told Ms. Potts and Ms. Barbra Parnell. I have no water and she said that it wasn't her problem. I haven't been able to take care of my hygiene since I've been lock down. I have asked serveral times to shower and still haven't been able to and this is inhumane to the immates here. In the Drew County Jail rules and regulations Number #5 states, that all inmates have the right to humane treatment, which provides for nourishing food and access to Dental care when indicated, Clean living quarters and healthy, safe and secure environment. my gums has started bleeding from not brushing them, i have dyhidrated cause i haven't brush them. And on top of that the shower is full of (mold) and they expect us to shower in inhumane conditions. Something should be done about this right away.

-7-

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

I would like the court to punish the Drew County Jail for not up holding their own rules and regulations and having inmates live in inhumane conditions, and i be award $40 million for my 8th and 14th amendment being violated

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of December, 2022.

_____
Signature(s) of plaintiff(s)

Andrew Potter
1865 Main St
Monticello Ar 71655

LITTLE ROCK AR 720
10 JAN 2023 PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.81
01/10/2023 ZIP 71655
043M31220356
US POSTAGE

**INMATE MAIL**

United States District Court
Richard Sheppard Arnold United States Courthouse
Clerks office
600 West Capitol Avenue
Suite A-149, Little Rock Ar
72201-3325

72201-339919