**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANDREW THOMAS POTTER**                                                   **PLAINTIFF**

**VS.**                                          **4:23-CV-00035-BRW-JJV**

**SUSAN POTTS,**
**Jail Administrator, Drew County Jail**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.   I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 22nd day of February 2023.

Billy Roy Wilson                       
UNITED STATES DISTRICT JUDGE

---

[1]    28 U.S.C. § 1915(a)(3).

1